IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LINDA J. RIDGEWAY                                                                                    PLAINTIFF

V.                                                                              CAUSE NO. 1:16-CV-19-SA-DAS

BELK STORES OF MISSISSIPPI, LLC                                                           DEFENDANT

AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on for hearing this day upon the Motion of the Defendant, Belk Stores of Mississippi LLC, incorrectly identified as Belk Department Stores, LP, and Plaintiff, Linda J. Ridgeway, for dismissal of this cause of action with prejudice against this Defendant. This Court is advised that these parties have agreed to an amicable resolution of this matter. This Court is further advised that the Plaintiff no longer wishes to pursue this cause of action against this Defendant in this Honorable Court. The parties stipulate that all pending motions in this cause are withdrawn. Thus, this Court finds that the Motion is well taken and should be sustained. It is, therefore,

ORDERED AND ADJUDGED that this cause of action against the Defendant, Belk Stores of Mississippi LLC, incorrectly identified as Belk Department Stores, LP, by Plaintiff, Linda J. Ridgeway, is hereby dismissed with prejudice, with each party to bear its costs of Court. This Court further dismisses this entire case with prejudice, ordering that it be closed.

SO ORDERED AND ADJUDGED this, the 9th day of August, 2016.

                                                          /s/ Sharion Aycock
                                                          U.S. DISTRICT COURT JUDGE

This Order Prepared by:

*/s Thomas L. Carpenter*
Thomas L. Carpenter, Esq., MB #9808
Carr Allison
14231 Seaway Road, Suite 2001
Gulfport, MS 39503
Phone: (228)-864-1060
Fax: (228)-864-9160
E-mail: tcarpenter@carrallison.com
*Attorney for Defendant, Belk Stores of Mississippi, LLC*

Agreed to Form and Substance:

*/s Ned "Tres" McDonald*
Ned "Tres" McDonald, Esq., MB # 101129
McDonald Law Firm
143C Willowbrook Drive
Saltillo, MS 38866
PH: 662-869-0011
FAX: 662-869-0021
Email: tresmcdonald@gmail.com
*Attorney for Plaintiff, Linda J. Ridgeway*